UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHMOUD ELMILLIGY,

                              Plaintiff,

                    -against-

JEREMY BACHMAN,

                              Defendant.

25cv6012 (LTS)

CIVIL JUDGMENT

        For the reasons stated in the September 12, 2025, order, this action is dismissed. The

Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf.

Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).


SO ORDERED.

 Dated:    September 15, 2025
           New York, New York


                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge